NANCY CURRY CHAPTER 13 TRUSTEE 1000 WILSHIRE BLVD, STE 870, LOS ANGELES CA 90017
(213) 689-3014   Fax (213) 689-3055  email: inquiries@trusteecurry.com

# NOTICE OF REQUIREMENTS

In re:    CASE NO. LA 2:22-bk-13271-VZ    MAZARIEGOS, LIZANDRO RICARDO

There are many requirements of debtors who have filed a Chapter 13 bankruptcy case which are set forth in the Statute and Rules. Please note that debtors who proceed in Chapter 13 without an attorney are presumed to be knowledgeable regarding these requirements.  The Clerk of the Court maintains a website wherein many of these requirements are set forth: www.cacb.uscourts.gov.  Some of these requirements are set forth below.

1. Your repayment Plan must be served on (mailed to) all creditors along with a notice (both on Court approved forms) no later than 14 days before the scheduled §341(a) Meeting of Creditors when you will be examined about your financial affairs.

2. Appearance at the Meeting of Creditors is mandatory.  If both husband and wife have filed, both must appear.

3. Proof of post filing regular monthly mortgage payments and a copy of the required filed declaration must be presented at the Meeting of Creditors.

4. Plan payments are recommended to be made online via TFS (go to TSFBillpay.com) and are due each month on the same day of the month that your case was filed. If you prefer you may mail the plan payments (certified funds only) to me at: Nancy Curry, Chapter 13 Trustee, P.O. Box 1403, Memphis, TN  38101. Print your last name and case number on the check. For more information, please visit my website at: http://curry.trustee13.com

You must attend your Meeting of Creditors scheduled for **July 21, 2022 at 09:00 AM** and it will be conducted remotely. Instructions of how to appear will be sent to your two weeks before the Meeting. Photo I.D. and Social Security proof must be sent to me as soon as possible and it should be available when you appear.

If you fail to appear, your case will be dismissed. Local Bankruptcy Rule 3015-1 and 11 U.S.C. Sections 109(g)(1) and 349.

      June 22, 2022                                  Nancy Curry

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

The foregoing document described as **NOTICE OF REQUIREMENTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 22, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On June 22, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
MAZARIEGOS, LIZANDRO RICARDO

4123 HOOPER AVE
LOS ANGELES, CA 90011

Attorney for Debtor
MICHAEL H. YI
YI & MADROSEN

3435 WILSHIRE BLVD., SUITE 1045
LOS ANGELES, CA 90010-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 22, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| June 22, 2022 | Elizet Cash | /s/ Elizet Cash |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE